**No. 58023.**—Calvaire *v.* United States, protest 218369 (New York).

Opinion by OLIVER, C. J.   The uncontradicted testimony, which was supported by a sample of the merchandise (illustrative exhibit 1), established that the article under consideration is a plain, ordinary comb used by a woman for her own grooming.   On the record presented, the claim of the plaintiff was sustained, the court holding that the combs in question are materially different from the ornamental ones which were the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 48, C. A. D. 418).

**No. 58024.**—M. Kopit Co. et al. *v.* United States, protests 124610–K, etc. (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 58025.**—Maurice Isben and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 220167–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*